No. 21-3833
IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

Allen Beaulieu, individually doing business as Allen Beaulieu Photography,

*Plaintiff-Appellant*,

v.

Clint Stockwell, an individual; Thomas Martin Crouse, an individual; Charles Willard Sanvik, an individual, also known as Chuck; Studio 1124, LLC, a Minnesota limited liability company; Does, 3 through 7

*Defendants – Appellees.*

_____

On Appeal from the United States District Court
for the District of Minnesota (Hon. Donovan W. Frank)
No. 16-cv-03586-DWF-HB

_____

**APPELLANT'S REVISED CERTIFICATION REGARDING TRANSCRIPTS**
_____

Pursuant to Fed. R. App. P. 10(b), Plaintiff-Appellant Allen Beaulieu, individually and doing business as Allen Beaulieu Photography, hereby certifies that the transcript of the relevant proceedings from the Rule 56 Motion for Summary Judgment Hearing, held on October 19, 2018, was previously ordered, and that the transcript of the relevant proceedings from the Rule 12 Motion to Dismiss Hearing,

held on February 9, 2018, was ordered on December 30, 2021. Per Fed.

R. App. P. 10(b)(1)(A)(iii), a copy of that order is on file with the district

court.

December 30, 2021                                    Respectfully Submitted,


                                             By: */s/ Gabriel Gillett*

Russell M. Spence, Jr.                       Gabriel K. Gillett
PARKER DANIELS KIBORT LLC                        *Counsel of Record*
888 Colwell Building                         JENNER & BLOCK LLP
123 N. Third Street                          353 N. Clark Street
Minneapolis, MN 55401                        Chicago, IL 60654
612-355-4100                                 (312) 840-7220
spence@parkerdk.com                          ggillett@jenner.com

# **CERTIFICATE OF SERVICE**

I certify that on December 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record. In addition, a paper copy will be mailed to:

> Ms. Eva Wood
> OUTFRONT MINNESOTA
> Suite 209
> 310 E. 38th Street
> Minneapolis, MN 55409

By: */s/ Gabriel Gillett*